UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC | § § § |
| v. | §  CIVIL NO. 4:24-CV-624-SDJ |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § § § § |

## **ORDER**

The Court hereby appoints Joshua Yi to serve as the Technical Advisor for the Court in this case. The parties are **ORDERED** to send courtesy copies of the operative complaint, the answer, and the parties' 26(f) report (1) in PDF form to josh@joshuayipatentlaw.com, and (2) in paper form to Joshua J. Yi, Ph.D., The Law Office of Joshua J. Yi, PLLC, 13492 Research Blvd; Ste. 120 - #445, Austin TX 78750-2254. The parties shall send these copies by no later than **Friday, February 14, 2025**. For relevant materials filed after the date of this Order, including all claim construction materials, the filing party is **ORDERED** to provide copies to Mr. Yi no later than two business days after filing.

Mr. Yi will assist the Court with the current claim-narrowing issue and other technical issues as they pertain to dispositive motions, Daubert motions, and claim construction. Mr. Yi may also assist the Court at trial and with post-trial motions. Because a technical advisor serves essentially as a law clerk to the Court and will be familiar with technical issues in this case, Mr. Yi may also assist the Court in drafting orders.

**So ORDERED and SIGNED this 6th day of February, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE