UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC | § § § | |
| v. | § § | CIVIL NO. 4:24-CV-624-SDJ |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § § § | |

### **ORDER**

Before the Court is the parties' Joint Motion for Extension of Time to File Joint Notice Regarding Proposed Scheduling Order and *Markman* Hearing. (Dkt. #39). After full consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that parties' deadline to file their joint notice with proposed deadlines for the scheduling order and the parties' positions on whether the Court should hold a joint *Markman* hearing for all four cases is extended to **April 22, 2025**.

**So ORDERED and SIGNED this 21st day of April, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE