UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC | § § § | |
| v. | § § | CIVIL NO. 4:24-CV-624-SDJ |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § § § | |

### ORDER ON CLOSING DOCUMENTS

The Court has received the parties' Joint Motion to Stay all Deadlines and Notice of Settlement. (Dkt. #59). After full consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that this case is **STAYED**, including any deadlines and hearings imposed by the Court's Scheduling Order, pending the Court's receipt of all documents necessary for the closing of this case or further order of the Court.

It is further **ORDERED** that on or before **November 13, 2025**, the parties shall file with the Court all papers necessary for the closing of this case and its removal from the active docket of this Court. If such papers are not received by the Court by the scheduled deadline, the parties must file a joint report by **November 20, 2025**, concerning the status of settlement.

**So ORDERED and SIGNED this 16th day of October, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE