UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC | § § § |
| v. | §  CIVIL NO. 4:24-CV-624-SDJ § |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § § § |

## ORDER

On February 6, 2025, the Court appointed Joshua J. Yi as the technical advisor to the Court in this action, with his costs to be assessed equally between Plaintiff and Defendants. (Dkt. #31). The Court has received Mr. Yi's invoice for services through October 16, 2025, in the amount of $1,572.50.[1] Having reviewed Mr. Yi's statement, the Court finds that the fees requested, and the expenses incurred were reasonable and necessary.

It is therefore **ORDERED** that the parties appropriately divide and pay $1,572.50 to The Law Office of Joshua J. Yi, PLLC, 13492 Research Blvd; Ste. 120 - #445, Austin TX 78750-2254 within thirty (30) days from the entry of this Order.

**So ORDERED and SIGNED this 17th day of October, 2025.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

---

[1] This action is one of four related cases (4:24-cv-623, 4:24-cv-624, 4:24-cv-625, 4:24-cv-626). The Court has explained the relationship between these cases in a previous order. (Dkt. #36). Mr. Yi performed work applicable to all four cases. Therefore, the total cost of $6,290.00 has been divided equally among the four cases.