IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC, | |
| v. | C.A. NO. 4:24-CV-623-SDJ |
| AT&T INC., ET AL, | |
| SAMSUNG ELECTRONICS CO., LTD., ET AL, | C.A. NO. 4:24-CV-624-SDJ |
| T-MOBILE USA, INC., | C.A. NO. 4:24-CV-625-SDJ |
| VERIZON COMMUNICATIONS, INC., ET AL., | C.A. NO. 4:24-CV-626-SDJ |

**JOINT STATUS REPORT AND MOTION TO FURTHER
STAY OF ALL DEADLINES**

Pursuant to the Court's October 15, 2025, Order, Plaintiff Morris Routing Technologies, LLC ("Plaintiff") and Defendant groups in the above-captioned matters (collectively, "Defendants") (Defendants collectively with Plaintiff, "the Parties"), hereby submit this Joint Status Report and Motion to Further Stay All Deadlines, subject to Court approval, and state as follows:

Morris Routing has reached an agreement resolving all matters in controversy between the Parties in the above-referenced actions and has finalized and signed the settlement papers. Certain requirements of the settlement agreement should be performed by Tuesday December 9, 2025, after which the Parties will dismiss the above-referenced actions. A further stay of 30 days

should provide sufficient time to complete the settlement provisions and prepare the appropriate dismissal papers.

Accordingly, the Parties submit that their, and the Court's, resources would best be served by a further stay of all deadlines for 30 days so that the settlement may be completed and appropriate dismissal papers thereafter filed with the Court.

The Parties therefore request that the Court enter an Order granting a further stay of all deadlines up to and through December 19, 2025.

Dated: November 20, 2025

Respectfully submitted,

*/s/ Andrew J. Sherman*

Timothy Devlin
tdevlin@devlinlawfirm.com
Derek Dahlgren (*Pro Hac Vice*)
ddahlgren@devlinlawfirm.com
Leland Marcus (TSB #24139764)
lmarcus@devlinlawfirm.com
Andrew J. Sherman
asherman@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile:  (302) 353-4251

*Attorneys for Plaintiff*
*Morris Routing Technologies, LLC*

*/s/ Timothy S. Durst*
Timothy S. Durst, Bar No. 00786924
tdurst@omm.com
John Kappos, Bar No. 24130097
jkappos@omm.com
Jeffery Baxter, Bar No. 24006816
jbaxter@omm.com
**O'MELVENY & MYERS LLP**
2801 North Harwood Street, Suite 1600
Dallas, TX 75201-2692
Telephone: 972-360-1900
Facsimile: 972-360-1901

Brett J. Williamson, (*pro hac vice*)
bwilliamson@omm.com
Cameron W. Westin (*pro hac vice*)
cwestin@omm.com
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: 949-823-6900
Facsimile: 949-823-6994

*Attorneys for Defendants*
*AT&T Enterprises, LLC, AT&T Mobility LLC,*
*AT&T Mobility LLC II, and AT&T Services, Inc.*


 */s/Christopher T. Blackford*

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

Gerald F. Ivey
Parmanand K. Sharma (*Pro Hac Vice*)
Christopher T. Blackford (*Pro Hac Vice*)
Daniel Chung (*Pro Hac Vice*)
Christina Ji-Hye Yang (*Pro Hac Vice*)
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.

Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Email: gerald.ivey@finnegan.com
Email: parmanand.sharma@finnegan.com
Email: christoper.blackford@finnegan.com
Email: daniel.chung@finnegan.com
Email: christina.yang@finnegan.com

Charles H. Suh (*Pro Hac Vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, 8th Floor
Reston, Virginia 20190-6023
Telephone: (571) 203-2700
Email: charles.suh@finnegan.com

Benjamin R. Schlesinger (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
271 17th St. NW Suite 1400
Atlanta, GA 30363-6209
(404) 653-6400
benjamin.schlesinger@finnegan.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd.*
*Samsung Electronics America, Inc., and*
*Samsung Research America, Inc.*


*/s/ Katherine Q. Dominguez*

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

Andrew Thompson ("Tom") Gorham
Texas Bar No. 24012715
**GILLAM & SMITH, LLP**
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450

Facsimile: (903) 934-9257
Email: tom@gillamsmithlaw.com

Katherine Q. Dominguez (Lead Counsel)
New York Bar No. 4741237
kdominguez@gibsondunn.com
Josh A. Krevitt
New York Bar No. 2568228
jkrevitt@gibsondunn.com
Brian A. Rosenthal
New York Bar No. 3961380
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-2490
Facsimile: (212) 351-6390

Albert Suarez IV
Texas Bar No. 24113094
auarez@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3151
Facsimile: (214) 571-2986

*Attorneys for Defendant*
*T-Mobile USA, Inc.*


*/s/ Timothy S. Durst*
Timothy S. Durst, Bar No. 00786924
tdurst@omm.com
John Kappos, Bar No. 24130097
jkappos@omm.com
Jeffery Baxter, Bar No. 24006816
jbaxter@omm.com
**O'MELVENY & MYERS LLP**
2801 North Harwood Street, Suite 1600
Dallas, TX 75201-2692
Telephone: 972-360-1900
Facsimile: 972-360-1901

        Brett J. Williamson, (*pro hac vice*)
        bwilliamson@omm.com
        Cameron W. Westin (*pro hac vice*)
        cwestin@omm.com
        **O'MELVENY & MYERS LLP**
        610 Newport Center Drive, 17th Floor
        Newport Beach, CA 92660
        Telephone: 949-823-6900
        Facsimile: 949-823-6994

        Melissa R. Smith
        Texas Bar No. 24001351
        **GILLAM & SMITH, LLP**
        303 South Washington Avenue
        Marshall, Texas 75670
        Telephone: (903) 934-8450
        Facsimile:  (903) 934-9257
        Email: melissa@gillamsmithlaw.com

        *Attorneys for Defendants*
        *Verizon Inc. et al.*

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel complied with the meet and confer requirement in Local Rule CV-7(i) and this motion is unopposed.

        */s/ Andrew J. Sherman*
        Andrew J. Sherman

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 20, 2025, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing counsel of record.

*/s/ Andrew J. Sherman*
Andrew J. Sherman