IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.; SAMSUNG RESEARCH AMERICA,<br>INC.<br><br>*Defendants.* | Civil Action No. 4:24-cv-624-SDJ<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff Morris Routing Technologies, LLC ("Plaintiff") and Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc. (collectively, "Samsung") have resolved Plaintiff's claims for relief against Samsung and Samsung's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Samsung, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Samsung with prejudice and Samsung's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: December 12, 2025

Respectfully submitted,

*/s/Christopher T. Blackford*
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Gerald F. Ivey
Parmanand K. Sharma (*pro hac vice*)
Christopher T. Blackford (*pro hac vice*)
Daniel Chung (*pro hac vice*)
Christina Ji-Hye Yang (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, N.W. Washington, D.C. 20001-4413
Telephone: (202) 408-4000 Email: gerald.ivey@finnegan.com
Email: parmanand.sharma@finnegan.com
Email: christoper.blackford@finnegan.com
Email: daniel.chung@finnegan.com
Email: christina.yang@finnegan.com

Charles H. Suh (*pro hac vice*) **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, 8th Floor Reston, Virginia 20190-6023
Telephone: (571) 203-2700 Email: charles.suh@finnegan.com

Benjamin R. Schlesinger (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
271 17th St. NW Suite 1400
Atlanta, GA 30363-6209
(404) 653-6400
benjamin.schlesinger@finnegan.com
*Attorneys for Defendants Samsung Electronics Co., Ltd.et al.*

*/s/ Derek Dahlgren*
Timothy Devlin
tdevlin@devlinlawfirm.com
Derek Dahlgren (*Pro Hac Vice*)
ddahlgren@devlinlawfirm.com
Leland Marcus (TSB #24139764)
lmarcus@devlinlawfirm.com
Andrew J. Sherman
asherman@devlinlawfirm.com
**DEVLIN LAW FIRM**
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*Morris Routing Technologies, LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 12, 2025, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                             */s/ Derek Dahlgren*
                                             Derek Dahlgren