# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC, *Plaintiff,* v. SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG RESEARCH AMERICA, INC. *Defendants.* | Civil Action No. 4:24-cv-624-SDJ  JURY TRIAL DEMANDED |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Morris Routing Technologies, LLC ("Plaintiff") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc. (collectively, "Samsung") announced to the Court that they have resolved Plaintiff's claims for relief against Samsung asserted in this case and Samsung's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Samsung have therefore requested that the Court dismiss Plaintiff's claims for relief against Samsung with prejudice and Samsung's claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Samsung are dismissed with prejudice and Samsung's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.