AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __FOR THE EASTERN DISTRICT OF TEXAS__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>4:24-cv-624 | DATE FILED<br>7/8/2024 | U.S. DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS |
|---|---|---|
| PLAINTIFF<br>MORRIS ROUTING TECHNOLOGIES, LLC | | DEFENDANT<br>SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.,; and SAMSUNG RESEARCH AMERICA, INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 10,419,335 | 9/17/2019 | MORRIS ROUTING TECHNOLOGIES, LLC |
| 2 | 10,476,788 | 11/12/2019 | MORRIS ROUTING TECHNOLOGIES, LLC |
| 3 | 10,594,594 | 3/17/2020 | MORRIS ROUTING TECHNOLOGIES, LLC |
| 4 | 10,652,150 | 3/12/2020 | MORRIS ROUTING TECHNOLOGIES, LLC |
| 5 | 10,721,164 | 7/21/2020 | MORRIS ROUTING TECHNOLOGIES, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 10,735,306 | 8/4/2020 | MORRIS ROUTING TECHNOLOGIES, LLC |
| 2 | 11,196,660 | 12/7/2021 | MORRIS ROUTING TECHNOLOGIES, LLC |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Dismissal by parties |

| CLERK<br>David A. O'Toole | (BY) DEPUTY CLERK<br>C LeeCate | DATE<br>12/15/2025 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy